DMB:EP:scb

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:cr-01-321 |
|  | ) (Judge Kane) |
| v | ) |
|  | ) |
| ANTHONY ALSTON | ) |

FILED
HARRISBURG, PA

MARY E. D'ANDREA, CLERK
Per _____

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT I

On or about September 8, 2000 in the city of York, York County, Pennsylvania, within the Middle District of Pennsylvania., the defendant,

**ANTHONY ALSTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, specifically a loaded Tanfglio single-action semi-automatic Pistol, Model GT 380, caliber .380 ACP, S/N T55960.

All in violation of Title 18, United States Code, Section 922(g)(1)

A TRUE BILL

_____
Deputy Foreperson, Grand Jury

10/10/01
Date

_____
MARTIN C. CARLSON
United States Attorney