JS 45 (1/96)

...

**CRIMINAL CASE COVER SHEET**   **MIDDLE DISTRICT OF PENNSYLVANIA**   **U.S. DISTRICT COURT**

**Place of Offense:**

City: __YORK__

County/Parish: __YORK__

**Related Case Information:**

Indictment ___ Docket Number ___

Same Defendant ___ New Defendant ___

Magistrate Judge Case Number ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

**Defendant Information:**

Juvenile ___ Yes __X__ No   If Yes, Matter to be sealed: ___ Yes ___ No

Defendant Name: __ANTHONY ALSTON__

Alias Name: ___

Address: ___

Birth date: __4/23/76__  SS#: ___  Sex: __M__  Race: __B__  Nationality: ___

**Defense Counsel:**  Name: ___  Phone: ___
Address: ___

**U.S. Attorney Information:**

AUSA __ERIC PFISTERER__   Bar # ___

Interpreter ___ Yes __X__ No   List Language and/or Dialect: ___

**Location Status:**

Arrest Date: ___

___ Already in Federal Custody as of ___ in ___

___ On Pretrial Release

**U.S.C. Citations**   __X__ Indictment   ___ Information

Total # of Counts: __1__   ___ Petty   ___ Misdemeanor   ___ Felony

| INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNTS |
|---|---|---|
| Set 1  18 :922(g)(1) | Possession of a firearm | 1 |
| Set 2 | | 2 |
| Set 3 | | |

Date: __10-10-01__   Signature of AUSA  *Eric Pfisterer*

District Court Case Number To Be Filled in By Deputy Clerk: ___

JS 45 (1/96)

**CRIMINAL CASE COVER SHEET**   **MIDDLE DISTRICT OF PENNSYLVANIA**   **U.S. DISTRICT COURT**

**Place of Offense:**

City: __YORK__

County/Parish: __YORK__

**Related Case Information:**

Indictment ___ Docket Number _____

Same Defendant ____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile ___Yes _X_ No    If Yes, Matter to be sealed: ___Yes ___No

Defendant Name: __ANTHONY ALSTON__

Alias Name: _____

Address: _____

Birth date: __4/23/76__  SS# __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__   Sex: _M_   Race: _B_   Nationality: _____

**Defense Counsel:**  Name: _____   Phone: _____
Address: _____

**U.S. Attorney Information:**

AUSA __ERIC PFISTERER__   Bar # _____

Interpreter ___Yes _X_ No   List Language and/or Dialect: _____

**Location Status:**

Arrest Date: _____

_ Already in Federal Custody as of _____ in _____

_ On Pretrial Release

**U.S.C. Citations**    _X_ Indictment    ___ Information

Total # of Counts: __1__   ___ Petty   ___ Misdemeanor   ___ Felony

| INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNTS |
|---|---|---|
| Set 1  18 :922(g)(1) | Possession of a firearm | 1 |
| Set 2 | | 2 |
| Set 3 | | |

Date: __10-10-01__    Signature of AUSA _Eric Pfisterer_

District Court Case Number To Be Filled in By Deputy Clerk: _____