# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:CR-01-321 |
| | ) (Judge KANE ) |
| v | ) |
| | ) |
| ANTHONY ALSTON | ) |

**FILED**
HARRISBURG

### ORDER FOR WARRANT

AND NOW, this 10th day of October, 2001, upon request of Martin C. Carlson, United States Attorney for the Middle District of Pennsylvania, it is hereby

**ORDERED** that a warrant issue for the arrest of the above named defendant, **ANTHONY ALSTON**, and the United States Magistrate Judge is authorized and directed to conduct a hearing, under the Bail Reform Act of 1984, for the purpose of determining what bail, if any, is necessary in order to insure the presence of the defendant in this case.

**IT IS FURTHER ORDERED** that at the time service of the warrant is made, the United States Marshal also serve upon the defendant a certified copy of the Indictment in the above-named case.

UNITED STATES DISTRICT COURT