AO 442 (Rev. 5/93) Warrant for Ar

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | CASE NUMBER: 1:CR-01-321 |
| ANTHONY ALSTON | YVETTE KANE |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  ANTHONY ALSTON

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with POSSESSION OF FIREARM

in violation of Title **18** United States Code, Section(s) **922(g)(1)**

| MARY E. D'ANDREA | CLERK, USDC |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 10/10/01 228 WALNUT ST. HBG, PA. |
| Signature of Deputy Clerk | Date and Location |

Bail fixed at $ _____   by _____
                             Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |