AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Western _____ District of _____ North Carolina

| UNITED STATES OF AMERICA<br>V.<br>Anthony Alston | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 1-CR-01-321 | 3:05MJ 296 |  |

FILED IN COURT CHARLOTTE, N.C.
SEP 14 2005
U.S. DISTRICT COURT
DIST. OF N.C.

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  x Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of  18  U.S.C. § 922(g)(1)

**DISTRICT OF OFFENSE**
Middle District of Pennsylvania

**DESCRIPTION OF CHARGES:**

Possession of firearm by a convicted felon

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**  ☐ Retained Own Counsel   ☐ Federal Defender Organization   ☒ CJA Attorney   ☐ None
**Interpreter Required?**  ☒ No   ☐ Yes   Language: _____

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

9/14/05 _____ Carl Horn, III
Date                  United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

DOCUMENT SCANNED

◈ AO 472 (Rev. 12/03) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

| Western | District of | North Carolina |
|---|---|---|

UNITED STATES OF AMERICA

V.

Anthony Alston
*Defendant*

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 3:05MJ

FILED IN COURT
CHARLOTTE, N.C.
SEP 14 2005
U.S. DISTRICT COURT
W. DIST. OF N.

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

## Part I—Findings of Fact

☐ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a ☐ federal offense ☐ state or local offense that would have been a federal offense if a circumstance giving rise to federal jurisdiction had existed - that is
  ☐ a crime of violence as defined in 18 U.S.C. § 3156(a)(4).
  ☐ an offense for which the maximum sentence is life imprisonment or death.
  ☐ an offense for which a maximum term of imprisonment of ten years or more is prescribed in _____.*
  ☐ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses.
☐ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
☐ (3) A period of not more than five years has elapsed since the ☐ date of conviction ☐ release of the defendant from imprisonment for the offense described in finding (1).
☐ (4) Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☒ (1) There is probable cause to believe that the defendant has committed an offense
  ☒ for which a maximum term of imprisonment of ten years or more is prescribed in  *18 U.S.C. § 922(g)*.
  ☐ under 18 U.S.C. § 924(c).
☐ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings (B)

☒ (1) There is a serious risk that the defendant will not appear.
☐ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

*Defendant has used several aliases as well as false birthdates & social security numbers. Scant ties to this district or charging district (MDPA).*

## Part II—Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing establishes by ☐ clear and convincing evidence ☐ a preponderance of the evidence that

*See Pretrial Services Report, noting past failures to appear in court and recommending detention.*

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

9/14/05
*Date*

*Carl Horn, III*
*Signature of Judge*

United States Magistrate Judge
*Name and Title of Judge*

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

DOCUMENT SCANNED

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE<br>NCW | 2. PERSON REPRESENTED<br>Alston, Anthony | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>3:05-000296-001 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Alston | 8. PAYMENT CATEGORY<br>Other | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | 10. REPRESENTATION TYPE (See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
AND MAILING ADDRESS
Coble, C. Jennifer
401 East Second Street
Suite 205
Charlotte NC 28202

Telephone Number: (704) 358-0026

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
Coble and Snow, LLP
401 East Second Street
Suite 205
Charlotte NC 28202

13. COURT ORDER
[X] O Appointing Counsel         [ ] C Co-Counsel
[ ] F Subs For Federal Defender  [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney    [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
09/09/2005
Date of Order                    Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] YES  [ ] NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (Rate per hour = $         ) TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| (Rate per hour = $         ) TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  [ ] Final Payment  [ ] Interim Payment Number ____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO  If yes, were you paid? [ ] YES [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? [ ] YES [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

DOCUMENT SCANNED

AO 466 (Rev. 1/03) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

_____Western_____ DISTRICT OF _____North Carolina_____

FILED
IN COURT
CHARLOTTE, N.C.
9 2005
U.S. DIST.
W. DIST. OF COURT
N. C.

UNITED STATES OF AMERICA

V.

_____Anthony Alston_____
Defendant

WAIVER OF RULE 40 HEARINGS
(All Criminal Cases)

JUDGE: Carl Horn, III

CASE NUMBER: 3:05MJ

I understand that charges are pending in the _____Middle_____ District of _____Pennsylvania_____

alleging violation of _____ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)

taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

- *Check one only* -

[ ] **ALL CASES EXCEPT PROBATION OR SUPERVISED RELEASE:**

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE VIOLATION CASES:**

(3) a preliminary hearing (but only if I will be kept in custody, and only to be held in this district if the violation occurred here) to determine whether there is probable cause to believe a violation occurred; and
(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( x ) identity hearing

(   ) preliminary hearing

(   ) identity hearing and have been informed I have no right to a preliminary hearing

(   ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

10-9-2005
_____
Date

_____
Defense Counsel

DOCUMENT SCANNED

Anthony Alston
**DEFENDANT**

Jennifer Coble
**DEFENSE COUNSEL** [✓] appointed [ ] retained

3:05MJ
**CRIMINAL/MAGISTRATE CASE NUMBER**

Date Filed: _____
[ ] Indictment: _____
[ ] Complaint: _____
[ ] Information: _____

EDPA
R40

Date Arrested: _____
Date Bond Set: _____
Bond Conditions: _____

Counts: _____
Title: _____
Section: _____

Detention Hearing Set: _____

**INITIAL APPEARANCE HEARING:** Date: 9-9-05  Time: 12:15 to 12:20  Division: 0419-3
Counsel present: Deft: _____  Govt: Murray  Judge: Horn  Court Reporter: TOB
Defendant received cc: [✓] Indictment [ ] Information [ ] Complaint.  Defendant understands charges: yes
Defendant understands right to counsel: [✓] yes [ ] no.  Defendant requests court-appointed counsel: yes
CJA/23: _____  Defendant sworn: _____  [✓] Allowed [ ] Denied.
Government moves: _____
Notes: def

**PROBABLE CAUSE HEARING:** Date: _____  Time: ___ to ___  Division: _____
Counsel present: Deft: _____  Govt: _____  Judge: _____  Court Reporter: _____

Government Witnesses
1) _____
2) _____
3) _____

Defense Witnesses
1) _____
2) _____
3) _____

Government Exhibits
1) _____
2) _____
3) _____

Defense Exhibits
1) _____
2) _____
3) _____

Court Finds Probable Cause: [ ] YES  [ ] NO

**DETENTION HEARING:** Date: 9-14-05  Time: 10:28 to 10:32  Division: 0419-3
Counsel present: Deft: Jennifer Coble  Govt: David Brown  Judge: Horn  Court Reporter: TOB

Government Witnesses
1) _____
2) _____
3) _____

Defense Witnesses
1) _____
2) _____
3) _____

Government Exhibits
1) _____
2) _____
3) _____

Defense Exhibits
1) _____
2) _____
3) _____

Detention Ordered: [✓] YES  [ ] NO  Bond Set at: _____

**ARRAIGNMENT:** Date: _____  Time: ___ to ___  Division: _____
Counsel present: Deft: _____  Govt: _____  Judge: _____  Court Reporter: _____
Plea:
Not Guilty - Jury Trial Requested  [ ]
Not Guilty - Jury Trial Waived  [ ]
Guilty as to Counts: _____  [ ]
Nolo Contendere: _____  [ ]

DATE AND PLACE SET FOR TRIAL:
_____

CLOSED

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:05-mj-00296-ALL
### Internal Use Only

Case title: USA v. Alston	Date Filed: 09/09/2005

Assigned to: Carl Horn, III

**Defendant**

**Anthony Alston (1)**	represented by **C. Jennifer Coble**
Coble & Snow, LLP
401 East Second St.
Suite 205
Charlotte, NC 28202
704/358-0026
Fax: 704-358-0029
Email: jennifercoble@cobleandsnowlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**	**Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**	**Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**	**Disposition**
18:922G.F

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2005 | | Arrest (Rule 40 MDPA) of Anthony Alston (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/09/2005 | | Minute Entry for proceedings held before Judge Carl Horn III:Initial Appearance in Rule 40 Proceedings as to Anthony Alston held on 9/9/2005 (Court Reporter FTR.) (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/09/2005 | | ORAL MOTION to Appoint Counsel by Anthony Alston. (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/09/2005 | | ORAL ORDER granting [] Motion to Appoint Counsel as to Anthony Alston (1). Signed by Judge Carl Horn III on 9/9/05. (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/09/2005 | 1 | WAIVER of Rule 5(c)(3) Hearings by Anthony Alston (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/09/2005 | 2 | CJA 20 as to Anthony Alston: Appointment of Attorney C. Jennifer Coble for Anthony Alston. . Signed by Judge Carl Horn III on 9/9/05. (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/14/2005 | | Minute Entry for proceedings held before Judge Carl Horn III:Detention Hearing as to Anthony Alston held on 9/14/2005 (Court Reporter FTR.) (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/14/2005 | 3 | ORDER OF DETENTION as to Anthony Alston . Signed by Judge Carl Horn III on 9/14/05. (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/14/2005 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Anthony Alston. Defendant committed to District of MDPA-Harrisburg. . Signed by Judge Carl Horn III on 9/14/05. (O'Brien, Tammy) (Entered: 09/20/2005) |
| 09/20/2005 | | ***Criminal Case Terminated as to Anthony Alston (O'Brien, Tammy) (Entered: 09/20/2005) |

DMB:EP:scb

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 1:cr-01-321 |
| | ) (Judge Kane) |
| v | ) |
| | ) |
| ANTHONY ALSTON | ) |

FILED
HARRISBURG, PA

... 2001

MARY E. O'ANDREA, CLERK
Per _____

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT I

On or about September 8, 2000 in the city of York, York County, Pennsylvania, within the Middle District of Pennsylvania., the defendant,

**ANTHONY ALSTON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm, specifically a loaded Tanfglio single-action semi-automatic Pistol, Model GT 380, caliber .380 ACP, S/N T55960.

All in violation of Title 18, United States Code, Section 922(g)(1)

A TRUE BILL

_____
Deputy   Foreperson, Grand Jury

10/10/01
Date

_____
MARTIN C. CARLSON
United States Attorney