IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Criminal No. 1:01-CR-321

v.

ANTHONY ALSTON,

**FILED**
HARRISBURG

OCT 4 - 2005

P L E A   MARY E. D'ANDREA
Per _____
   Deputy Clerk

AND NOW, this 4 day of October 2005, the within named defendant, ANTHONY ALSTON, hereby enters a plea of _not guilty_ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)