UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.1:01-CR-321 |
| v. | Judge Kane |
| ANTHONY ALSTON<br>Defendant | |

**FILED**
HARRISBURG PA
OCT 4 - 2005
MARY E. D'ANDREA CLERK
Per _____
Deputy Clerk

**ORDER**

The defendant having appeared on October 4, 2005 and having tendered a plea of not guilty, **IT IS HEREBY ORDERED** that the jury selection and trial date for the defendant is scheduled for 9:30 a.m. on Monday, December 5, 2005, in Courtroom Number 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trial will commence following jury selection or following previously scheduled criminal trials. An additional scheduling order will be entered by the District Court.

J. Andrew Smyser
Magistrate Judge