UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:01-CR-321 |
| v. | Magistrate Judge Smyser |
| ANTHONY ALSTON,<br>Defendant | |

ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone (717) 782-2237, is appointed to represent the defendant in all proceedings arising from this indictment.

J. Andrew Smyser
Magistrate Judge

Date: 10-04-05

FILED
HARRISBURG
OCT 4 - 2005
MARY E. D'ANDREA
Per _____
Deputy Clerk