IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-00321 |
| v. | : | |
| | : | (Judge Kane) |
| ANTHONY ALSTON | : | (Electronically Filed) |

**CERTIFICATE OF CONCURRENCE**

I, Lori J. Ulrich of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Eric Pfisterer concurred in the foregoing Motion to Extend Pretrial Motion Deadline.

Date:  October 31, 2005              /s/ Lori J. Ulrich
                                      Lori J. Ulrich, Esquire
                                      Asst. Federal Public Defender
                                      Attorney ID #PA55626
                                      100 Chestnut Street, Suite 306
                                      Harrisburg, PA 17101
                                      Tel. No. (717) 782-2237
                                      Fax No. (717) 782-3881
                                      (lori_ulrich@fd.org)
                                      *Attorney for Anthony Alston*