IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00321 |
| v. : | |
| : | (Judge Kane) |
| ANTHONY ALSTON : | (Electronically Filed) |

### ORDER OF COURT

FILED
HARRISBURG
OCT 31 2005

MARY E. D'ANDREA
Per _____
Deputy

AND NOW this 31st day of October, 2005, upon consideration of the within Motion to Extend the Pretrial Motions Deadline, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Pretrial Motion in the above-captioned case shall be due on or before November 21, 2005.

BY THE COURT:

s/ Yvette Kane
YVETTE KANE
UNITED STATES DISTRICT JUDGE