IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-00321 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| ANTHONY ALSTON | : | (Electronically Filed) |

**CERTIFICATE OF CONCURRENCE**

I, Lori J. Ulrich of the Federal Public Defender's Office, do hereby certify that on November 18, 2005, Assistant United States Attorney Eric Pfisterer concurred in the foregoing Motion to Continue Jury Selection and Trial.

Date: November 18, 2005

/s/ Lori J. Ulrich
LORI J. ULRICH, ESQUIRE
Asst. Federal Public Defender
Attorney ID# PA55626
100 Chestnut Street, Suite 306
Harrisburg, PA 17101-2540
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<lori_ulrich@fd.org>
*Attorney for Anthony Alston*