IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | Criminal No. 1:01-CR-00321 |
| v.   : | |
| : | (Judge Kane) |
| ANTHONY ALSTON  : | (Electronically Filed) |

## CERTIFICATE OF NON-CONCURRENCE

I, Lori J. Ulrich of the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney Eric Pfisterer does not concur in the foregoing Pretrial Motions.

Date: November 21, 2005          /s/ *Lori J. Ulrich*
                                 Lori J. Ulrich, Esquire
                                 Asst. Federal Public Defender
                                 Attorney ID #PA55626
                                 100 Chestnut Street, Suite 306
                                 Harrisburg, PA 17101
                                 Tel. No. (717) 782-2237
                                 Fax No. (717) 782-3881
                                 (lori_ulrich@fd.org)
                                 *Attorney for Anthony Alston*