IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 1:01-CR-00321 |
| v. | : | |
| | : | (Judge Kane) |
| ANTHONY ALSTON | : | (Electronically Filed) |

## **ORDER OF COURT**

AND NOW this _____day of November, 2005, upon consideration of the within Pretrial Motion to Suppress Evidence, **IT IS HEREBY ORDERED** that a hearing in the above-captioned case shall be scheduled for _____.

BY THE COURT:

_____
YVETTE KANE
UNITED STATES DISTRICT JUDGE