IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:01-CR-00321 |
| v. : | |
| : | (Judge Kane) |
| ANTHONY ALSTON : | (Electronically Filed) |

## ORDER OF COURT

AND NOW this 23rd day of November, 2005, upon consideration of the within Pretrial Motion to Suppress Evidence, **IT IS HEREBY ORDERED** that a suppression hearing in the above-captioned case shall be held on December 14, 2005, at 2:00 p.m. in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg, Pennsylvania.

BY THE COURT:

s/ Yvette Kane
YVETTE KANE
UNITED STATES DISTRICT JUDGE