IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:01-CR-321 |
| | ) | |
| v. | ) | (Judge Kane) |
| | ) | |
| ANTHONY ALSTON | ) | |

## ORDER

**AND NOW** this 29th day of November 2005, upon consideration of the government's Motion to Continue Suppression Hearing, and noting the concurrence of counsel for the defendant therein,

IT IS HEREBY ORDERED that the Motion is GRANTED. The suppression hearing in the above-captioned matter currently scheduled for December 14, 2005 is rescheduled for January 18, 2006, at 2:00 p.m.

s/ Yvette Kane
Yvette Kane
United States District Judge