IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-01-321** |
| | : | |
| | : | **(Judge Kane)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY ALSTON** | : | |
| | : | |

## ORDER

**AND NOW**, this 15TH day of December, 2005, **IT IS HEREBY ORDERED THAT** jury selection and trial scheduled for January 9, 2006, shall be **RESCHEDULED** to February 6, 2006, at 9:30 a.m. in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

In granting this continuance, the Court finds that the ends of justice served by taking this action outweigh the best interests of the public and the Defendant in a speedy trial.  The Clerk of Courts if hereby ordered to exclude, when computing the time within which the trial must commence, the entire period of delay from the date of this Order, up to and including the new trial date.

 s/ Yvette Kane
Yvette Kane
United States District Judge