IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:CR-01-321** |
| | : | |
| | : | **(Judge Kane)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY ALSTON** | : | |
| | : | |

## ORDER

**AND NOW**, this 21st   day of December, 2005, **IT IS HEREBY ORDERED THAT** the suppression hearing in the above-captioned matter currently scheduled for January 18, 2006, shall be **RESCHEDULED** for January 24, 2006, at 2:00 p.m. in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.


      s/ Yvette Kane
Yvette Kane
United States District Judge