IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:01-CR-00321 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| ANTHONY ALSTON | : | (Electronically Filed) |

## ORDER OF COURT

Before the Court is a motion filed by the defendant, Anthony Alston, requesting that his jury selection and trial be continued.  The defendant asserts that he would like to resolve his outstanding pretrial motions.  Therefore, the Court concludes that the circumstances present indicate that a continuance of the trial date is warranted and that an extension of the trial date outweighs the interests of the public and defendant in a speedy trial.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1) Jury selection and trial in the captioned action is rescheduled from Monday, February 6, 2005, to April 3, 2006, at 9:30 a.m. in Courtroom No. 4, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

2) The Court specifically finds under 18 U.S.C. § 3161(h)(8)(A) that the ends of justice served by granting this extension and continuance outweigh the interests of the public and the defendant to a speedy trial.

3) The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this Order.

BY THE COURT:

s/ Yvette Kane
YVETTE KANE
UNITED STATES DISTRICT COURT