USA

v.

Anthony Alston

JUDGE KANE

**EXHIBIT LIST**

CASE NUMBER: 1:01-CR-321

Page 1 of 1

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Witness |
|-----------|-----------|---------------------|------------|--------|---------|
| 1 | | Search Warrant for 452 Lincoln St York, PA 9-8-00 | 1-24-06 | | James McBride |
| 2 | | Search Warrant for 1310 W King St, West York, PA 9-8-00 | 1-24-06 | | James McBride |
| 3 | | Transcript | 1-24-06 | | |
| | | | | | |

1