TAM:EP:mmz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:01-CR-321 |
| | ) | |
| v. | ) | (Judge Kane) |
| | ) | |
| ANTHONY ALSTON | ) | (Electronically filed) |

## MOTION TO DISMISS PURSUANT TO RULE 48(a)

**AND NOW** this 21st day of April 2006, comes Thomas A. Marino, United States Attorney for the Middle District of Pennsylvania, by Eric Pfisterer, Assistant United States Attorney, and moves this Honorable Court to dismiss the indictment in the above-captioned case without prejudice pursuant to Rule 48(a) of the Rules of Criminal Procedure.

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

/s/ ERIC PFISTERER
ERIC PFISTERER
Assistant U.S. Attorney
228 Walnut Street, P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)/717/221-2246(Fax)
ERIC.PFISTERER@USDOJ.GOV
Bar No. PA-38492

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 1:01-CR-321** |
| | ) | |
| v. | ) | (Judge Kane) |
| | ) | |
| **ANTHONY ALSTON** | ) | (Electronically filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That this 21st day of April 2006, she served a copy of the attached

**MOTION TO DISMISS PURSUANT TO RULE 48(a)**

by electronic means by sending a copy to each of the e-mail addresses stated below:

ADDRESSEE(S):

Lori Ulrich, Esquire
*pamd-fpd.hbg@verizon.net*

                                /s/ Mary Zerance
                                Mary Zerance
                                Legal Assistant