IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 1:01-CR-321 |
| | ) | |
| **v.** | ) | (Judge Kane) |
| | ) | |
| **ANTHONY ALSTON** | ) | (Electronically filed) |

## ORDER

**AND NOW** this _____ day of _____ 2006, in light of the United State's Motion to Dismiss pursuant to Rule 48(a), it is hereby ORDERED that the indictment is dismissed without prejudice.

_____
Yvette Kane
United States District Judge